Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felicia Vasquez, | Case No. 2:22-cv-01523-JAM-KJN |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| v. | |
| Walker Properties 1010 El Camino LLC, James Walker, and Bennett Commercial, LP, | |
| Defendants. | |

Plaintiff Felicia Vasquez voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 9, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

---
1
NOTICE OF VOLUNTARY DISMISSAL